Decided April 12, 2007

## KENNETH E. BOWEN *v.* KEVIN A. SEERY

The plaintiff's petition for certification for appeal from the Appellate Court, 99 Conn. App. 635 (AC 27287), is denied.

*Michael L. Anderson,* in support of the petition.

*Ronald D. Williams, Jr.,* in opposition.

Decided April 12, 2007